UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

Igor Reznik
                      Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21-CR-058 (MKV)

Defendant __Igor Reznik__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

__X__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Igor Reznik**
Print Defendant's Name

_____
Defense Counsel's Signature

**Michael Fineman, Esq.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__03/08/2021__
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge