UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Igor Reznik ,
                Defendant(s).
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/14/21

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__21__ -CR- __00058__ (MKV) (___)

Defendant __Igor Reznik__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

__Igor Reznik__
Print Defendant's Name

__Michael Fineman, Esq__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__9/14/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge
(Mary Kay Vyskocil)

March 31, 2020