Law Office of Michael Fineman, Esq.
225 Broadway, Suite 3010
New York, New York 10007
T: 212-233-4500

January 6, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/22
```

RE:   Case:      US v. Igor Resnik
      Case No.:  21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the Attorney for Mr. Reznik, and I write the Court seeking a temporary modification of the terms of Mr. Reznik's release. I have spoken with AUSA Rebold and he informs me that the Government consents to this request. I have also confirmed with Pre-Trial services that they do not object.

    Mr. Reznik's wife, Anastasiia Kultina, is scheduled to appear for an immigration interview at 26 Federal Plaza, New York, NY 10007 on Thursday, January 13, 2022 for her application for a Greencard. Mr. Reznik, as the sponsor, is required to appear for the interview. Mr. Reznik and Ms. Kultina have been married since November of 2020, and currently live together in the Reznik family residence in Silver Springs, Maryland. They intend to travel together from their residence in Maryland to New York just for the day and return to their residence once the interview has concluded on the same day.

    Mr. Reznik wears an GPS monitoring bracelet, therefore his location can be easily verified, and this is a mandatory interview by a federal government agency here in the Southern District of New York.

    Additionally, should the Court seek any further clarification regarding the necessity of Mr. Reznik's attendance at this proceeding, Ms. Kultina's attorney, Anatoly Kissen, Esq., is available to attend a conference with the Court should the Court feel the need to further inquire.

I am including with this request a letter submitted by Mr. Kissen to Pre-trial services, as well as the immigration notice scheduling the interview.

Respectfully,

Michael Fineman, Esq.

**Granted. SO ORDERED.**

Date: 1/6/22
New York, New York

Mary Kay Vyskocil
United States District Judge