# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

March 24, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/24/2022
```

RE:  Case:     US v. Igor Resnik
     Case No.: 21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the Attorney for Mr. Resnik, and I write the Court seeking a modification of the conditions of Mr. Reznik's pretrial release.

    As a matter of background, the terms of Mr. Reznik's release were a $250,000 Personal Recognizance Bond to be signed by four financially responsible people, home detention, GPS monitoring, and supervision by Pre-Trial Services. These conditions were set in the beginning of March 2021. Since that time, Mr. Reznik has remained on home detention in his family residence in Maryland, only leaving to visit with his attorney, medical appointments and religious services as approved by Pre-Trial Services.

    I recently contacted AUSA Jonathan Rebold to inquire if the Government would consider modifying the terms of Mr. Reznik's release to something less restrictive, and Mr. Rebold directed me to seek the position of Pre-Trial Services before the Government would take a position.

    I consulted with Ashley L. Cosme, Intensive Supervision Specialist, U.S. Pretrial Services Office, Southern District of New York, and have been informed that their position at this time is they have no objection to a curfew enforced by location monitoring with hours to be determined by Pretrial Services in lieu of home detention with GPS.

    Mr. Rebold has informed me that the Government defers to the judgment of Pretrial Services.

    The reason Mr. Reznik seeks this modification is that he has very limited employment opportunities while on home detention and would seek employment outside of the home, and he wishes to be able to also volunteer his time to assist in the aid effort for humanitarian crises in Ukraine due to the Russian invasion.

At this time Mr. Reznik respectfully request that this Honorable Court grant his request to modify the terms of his release to be a curfew enforced by location monitoring with hours to be determined by Pretrial Services in lieu of home detention with GPS.

Respectfully,

Michael Fineman, Esq.

**GRANTED with the added condition that any employment that Defendant seeks or undertakes must be approved by U.S. Pretrial Services.  SO ORDERED.**

Date: 3/24/2022
New York, New York

Mary Kay Vyskocil
United States District Judge