# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

June 8, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022
```

RE:     Case:       US v. US v Dzhamgarova et. al.
        Case No.:   21-cr-00058-MKV

Dear Judge Vyskocil:

I am the Attorney for Mr. Resnik, and I write the Court regarding our scheduled appearance on June 28, 2022.

Mr. Reznik's wife applying to United States citizenship, and U.S. Citizenship and Immigration Services has scheduled a follow up interview for the same day as our appearance. According to Mr. Reznik's immigration attorney, they cannot assure me that the interview would be concluded in time for Mr. Reznik to appear before Your Honor at 2:30pm.

Our request is that Your Honor excuse Mr. Reznik's appearance this one time and keep our conference date as it currently is. In the alternative, if the Court is disinclined to excuse Mr. Reznik's appearance, we would request that this Court adjourn the conference for a date in late July.

I have conferred with counsel for the Government, as well as the attorneys for both co-defendants, and they do not object to either request.

Respectfully,

Michael Fineman, Esq.

---

**Mr. Reznik's request to be excused from appearing at the status conference scheduled for June 28, 2022 at 2:30 PM is GRANTED. SO ORDERED.**

Date: 6/8/2022
New York, New York

Mary Kay Vyskocil
United States District Judge