# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

June 22, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:      Case:      US v. Igor Resnik
         Case No.:  21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the attorney for Mr. Resnik, and I write the Court seeking permission for Mr. Reznik to stay overnight in New York City from June 27, 2022 until the morning of June 28, 2022. As the Court is aware, Mr. Reznik and his wife have an appointment with U.S. Citizenship and Immigration Services on the morning of June 28, 2022. Mr. Reznik and his wife have been staying in Maryland with Mr. Reznik's family during the pendency of this litigation.

    The current terms of Mr. Reznik's release include GPS monitoring, and a curfew monitored and enforced by Pre-Trial Services.

    Mr. Reznik inquired if Pre-Trial Services could approve this request without the need to seek judicial intervention, but he was advised that the Court would need to approve any request that involved Mr. Reznik being outside the home after his curfew.

    I have consulted with Ashley L. Cosme, Intensive Supervision Specialist, U.S. Pretrial Services Office, Southern District of New York, and have been informed that Pre-Trial Services has no objection to this request. Additionally, Mr. Rebold has informed me that the Government defers to the judgment of Pretrial Services.

Respectfully,

Michael Fineman, Esq.

---

**Granted. SO ORDERED.**

Date: 6/23/2022
New York, New York

Mary Kay Vyskocil
United States District Judge