# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

August 11, 2022

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:___8/11/2022___           │
└─────────────────────────────────────┘
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:        Case:        US v. US v Dzhamgarova et. al.
           Case No.:    21-cr-00058-MKV

Dear Judge Vyskocil:

I am the Attorney for Mr. Resnik, and I write the Court regarding our scheduled appearance on August 24, 2022 for our Plea Hearing.

Mr. Reznik respectfully requests the Court's permission to stay overnight in Manhattan on August 23, 2022 so that he does not need to drive up from Maryland on the day of the plea.

Respectfully,

Michael Fineman, Esq.

**Granted. SO ORDERED.**

Date:   8/11/2022
New York, New York

Mary Kay Vyskocil
United States District Judge