```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/16/22
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                         1:21-CR-058 (MKV)

              -against-                          **ORDER**

IGOR REZNIK

              Defendant.

MARY KAY VYSKOCIL, United States District Judge

      Change of Plea Hearing for Igor Reznik is scheduled for 8/24/2022 at 11:30 am before Judge Mary Kay Vyskocil.

      The hearing will take place in the Daniel Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

**SO ORDERED.**

**Date: August 16, 2022**

                                          HONORABLE MARY KAY VYSKOCIL
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK