# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

December 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:     Case:       US v. US v Dzhamgarova et. al.
        Case No.:   21-cr-00058-MKV

Dear Judge Vyskocil:

I am the Attorney for Mr. Resnik, and I write the Court regarding the defendant's request to reschedule our sentencing date of January 4, 2023, and to resent the deadlines for presentence submissions by the defendant and the Government.

As Your Honor may be aware, Mr. Reznik's wife, Anastasiia Kultina, is pregnant with a high-risk pregnancy, which requires frequent doctor's visits to monitor the health of the mother and the child. I am informed by Mr. Reznik and Ms. Kultina that their due date is in the first week of April or 2023. We respectfully request that the Court adjourn the sentencing date to late April or early May so that Mr. Reznik can assist his wife with her continued medical treatment, and so that he may be present for the birth of their first child.

Additionally, the Department of Probation only recently provided the first draft of the Presentence Report. We have submitted requests to amend the report with certain changes, and have not been provided with an updated final report. As such, I will need more time to prepare my sentencing submission, which is currently due this coming Tuesday.

I have conferred with counsel for the Government, Mr. Rebold, and he does not object to this request.

Respectfully,

Michael Fineman, Esq.

**GRANTED.  The sentencing scheduled for January 4, 2023 is hereby adjourned sine die.  The Court will docket a separate scheduling order setting a new sentencing date.  SO ORDERED.**

Date: 12/16/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge