USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,<br><br>Defendants. | 1:21-cr-58-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Igor Reznik will be sentenced on May 5, 2023 at 11:00 AM. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED.**

Date: **December 20, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**