# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

January 25, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:     Case:       US v. Igor Resnik
        Case No.:   21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the Attorney for Mr. Resnik, and I write the Court seeking a modification of the conditions of Mr. Reznik's pretrial release.

    As you may be aware, Mr. Reznik is currently living in Maryland with his pregnant wife, Anastasiia Kultina. Prior to his arrest in this matter, Mr. Reznik had resided in the City of New York for many years.

    Ms. Kultina's OB-GYN is located in the Southern District of New York, and the couple intend to have the baby in New York. In anticipation of this Mr. Reznik respectfully requests the Court's permission to relocate to the Southern District of New York in the first week of March and reside here through sentencing.

    Secondly, in the Court's Order that terminated electronic location monitoring on October 12, 2022, the Court granted the Order subject to a curfew remaining in place whenever Mr. Reznik was not accompanying his wife to New York for medical appointments. Mr. Reznik respectfully requests that the Court terminate the curfew requirement at this time.

    Mr. Reznik is working two jobs to save as much money as possible before sentencing so that his wife and child can have the means to live in the event that this Honorable Court sentences Mr. Reznik to some term of incarceration. One of his jobs is in the food services industry as a waiter. He currently works at a restaurant in Maryland, and because of the curfew, he frequently has to leave work before his tables have finished their meal and paid their bills. As a result, Mr. Reznik loses out on earning gratuities for these patrons that dine later in the evening.  Mr. Reznik intends to continue to work in food services if the Court approves his relocation to New York as requested above. For this reason, Mr. Reznik requests that the Court end the curfew condition of his release.

I have contacted Mr. Rebold, attorney for the Government, and he informs me that the Government defers to the judgment Pre-Trial Services with respect to these requests. I have also corresponded with Ashley L. Cosme, Intensive Supervision Specialist, and she informs me that Pretrial Services has no objection to the removal of the curfew condition. I am further informed by Pre-Trial Services that there are no compliance concerns regarding Mr. Reznik at this time.

Based upon the foregoing, Mr. Reznik respectfully requests the Court's approval for him to relocate back to the Southern District of New York as of the first week of March, and that the Court terminate the curfew condition as a condition of his release.

Respectfully,

Michael Fineman, Esq.

---

GRANTED IN PART. The conditions of Mr. Reznik's pretrial release are hereby modified to allow him to relocate to the Southern District of New York and reside here through sentencing. Mr. Reznik shall be supervised by the Southern District of New York.

Mr. Reznik's request to terminate his curfew is DENIED without prejudice. Once Mr. Reznik relocates to New York City and secures employment, he may apply to modify curfew so as not to interfere with his employment. SO ORDERED.

Date: 1/26/2023
New York, New York

Mary Kay Vyskocil
United States District Judge