# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

April 20, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:   Case:      US v. Igor Resnik
       Case No.:  21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the attorney for Mr. Resnik, and I write the Court seeking permission for Mr. Reznik to suspend the Court ordered curfew for while Mr. Reznik's wife is in the hospital for the birth of their child. I am making this application at the request of Pre-Trial Services.

Respectfully,

Michael Fineman, Esq.

**Granted. SO ORDERED.**

Date: 4/21/2023
New York, New York

Mary Kay Vyskocil
United States District Judge