USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | 1:21-cr-58-MKV |
| ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN, | ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing for Igor Reznik scheduled for June 7, 2023 at 10:30 AM is rescheduled to 10:00 AM that same day.

**SO ORDERED.**

**Date:  May 31, 2023**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**