```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

               Defendants.

1:21-cr-58-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the sentencing for Igor Reznik scheduled for June 7, 2023 is rescheduled to June 16, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:  June 6, 2023**
**New York, NY**

                                                            */s/ Mary Kay Vyskocil*
                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**