# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

July 13, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

RE:      Case:       US v. Igor Resnik
         Case No.:   21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the Attorney for Mr. Resnik, and I write the Court seeking a modification of the conditions of Mr. Reznik's release. As you may be aware, Mr. Reznik is currently living in Brooklyn, New York with his wife and young child.

    On June 16, 2023, the Court sentenced Mr. Reznik to a term of 10 months incarceration, and set a date of September 5, 2023 for Mr. Reznik to surrender to his designated facility to begin serving his sentence. During his incarnation, Mr. Reznik's wife and child will be residing with Mr. Reznik's family that is located in the Central District of Pennsylvania.

    At this time we are requesting that the Court modify the terms of his release to add the <u>Central District of Pennsylvania</u> to the District of Maryland and the Eastern and Southern District of New York as federal judicial districts that Mr. Reznik can travel to without prior Court approval with the typical supervision through Pre-Trial Services until his surrender date in September so as to facilitate the smooth transition of his family to their new living situation. Mr. Reznik is also seeking the termination of the curfew requirement so as to allow him the opportunity to work more hours before his surrender date.

    I have contacted Mr. Rebold, attorney for the Government, and he informed me that the Government defers to the judgment Pre-Trial Services with respect to this request. I have also corresponded with Dominique Jackson, Pre-Trial Services Officer, and she informs me that Pretrial Services has no position to this request so long as the Court approves it.

---

**The request is GRANTED IN PART and DENIED IN PART. The request is GRANTED with respect to adding the Central District of Pennsylvania to the list of federal judicial districts that Defendant can travel to, on the condition that Defendant provide his itinerary to Pretrial Services in advance and check in with Pretrial Services upon his return. The request is DENIED without prejudice with respect to Defendant's curfew. Defendant is directed to provide greater detail to enable the Court to evaluate this request. SO ORDERED.**

Date: 7/13/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge