# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3010, New York, New York 10007 Tel: 212-233-4500
www.TheFinemanFirm.com

July 24, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

RE:    Case:       US v. Igor Resnik
       Case No.:   21-cr-00058-MKV

Dear Judge Vyskocil:

    I am the Attorney for Mr. Resnik, and I write the Court seeking a modification of the conditions of Mr. Reznik's release. As you may be aware, Mr. Reznik is currently living in Brooklyn, New York with his wife and young child.

    We recently wrote Court requesting the Court add the Central District of Pennsylvania as a location Mr. Reznik could travel too so as to facilitate the relocation of his wife and child to his relative's residence in Pennsylvania.

    We new seek the Court's authorization for Mr. Reznik to relocate at the end of this week to that same address in Pennsylvania from Brooklyn, New York until his date of surrender in September.

    I have contacted Mr. Felton, attorney for the Government, and he informed me that the Government defers to the judgment Pre-Trial Services with respect to this request. I have also corresponded with Dominique Jackson, Pre-Trial Services Officer, and she informs me that Pretrial Services has no position to this request so long as the Court approves it.

Respectfully,

*Michael Fineman, Esq.*

---

**Granted. SO ORDERED.**

Date: 7/24/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge