UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

                        Plaintiff,

        -against-                                    1:21-cr-58-MKV

ILONA DZHAMGAROVA, IGOR REZNIK, and                  ORDER
ARTHUR ARCADIAN,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024

MARY KAY VYSKOCIL, United States District Judge:

On June 16, 2023, Igor Reznik was sentenced principally to a term of imprisonment of 10 months following his plea of guilty to a charge of conspiracy to commit immigration fraud, in violation of 18 U.S.C. § 371. [*See* ECF No. 151]. Mr. Reznik's sentencing guidelines range was 10 to 16 months' imprisonment, based on an offense level of 12 and a criminal history category of I. The Bureau of Prisons currently projects that Mr. Reznik will be released from prison on May 18, 2024.

Effective November 1, 2023, in its Amendment 821, the United States Sentencing Commission ("Sentencing Commission") amended the United States Sentencing Guidelines Manual in two respects. Part A amends Guidelines § 4A1.1, by reducing from two (2) points to one (1) point the upward adjustment for offenders who committed the instant offense while under any criminal sentence, and by limiting this adjustment to defendants who received seven (7) or more criminal history points. Part B, in the part relevant here, amends Guidelines § 4C1.1, by providing a 2-level offense level reduction for offenders with zero (0) criminal history points who meet specified eligibility criteria. The Sentencing Commission made these amendments retroactive effective November 1, 2023. Defendants whose requests are granted by the courts can be released from prison no earlier than February 1, 2024.

The Probation Department has issued a report indicating Mr. Reznik is eligible for a reduction. [ECF No. 164].

IT IS HEREBY ORDERED that no later than February 9, 2024, the parties shall file simultaneous letter briefs, not to exceed 4 pages each, stating their positions on the modification of Mr. Reznik's sentence pursuant to Amendment 821.

**SO ORDERED.**

Date: **February 5, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**